B1 (Official Form 1)(4/10)

| | |
|---|---|
| **United States Bankruptcy Court**<br>**District of New Jersey** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Joseph P. Hayes Theatre, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Surflight Theatre** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-2331679** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**Engleside and Beach Avenue**<br>**Beach Haven, NJ**<br>ZIP Code **08008** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Ocean** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1155**<br>**Beach Haven, NJ**<br>ZIP Code **08008** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
■ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(4/10)**                                                                                                  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Joseph P. Hayes Theatre, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Joseph P. Hayes Theatre, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

**X** **/s/ Jerrold N. Poslusny, Jr.** _____
Signature of Attorney for Debtor(s)

**Jerrold N. Poslusny, Jr.**
Printed Name of Attorney for Debtor(s)

**Cozen O'Connor, a Pennsylvania Professional Corporation**
Firm Name

**LibertyView, Suite 300**
**457 Haddonfield Road**
**Cherry Hill, NJ 08002**

Address

**(856) 910-5000**
Telephone Number

**February 15, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Lance Wimmer** _____
Signature of Authorized Individual

**Lance Wimmer**
Printed Name of Authorized Individual

**President of the Board of Trustees**
Title of Authorized Individual

**February 15, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    **Joseph P. Hayes Theatre, Inc.**               Case No. _____
                                        Debtor(s)          Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Show Place, Inc.**<br>**c/o Scott Henderson**<br>**447 Mayfair Drive**<br>**Poinciana, FL 34759** | **Show Place, Inc.**<br>**c/o Scott Henderson**<br>**447 Mayfair Drive**<br>**Poinciana, FL 34759** | **Class B Bonds** | | **1,500,000.00** |
| **Sovereign Bank**<br>**PO Box 12707**<br>**Reading, PA 19612** | **Sovereign Bank**<br>**PO Box 12707**<br>**Reading, PA 19612** | **Line of Credit** | | **74,900.00** |
| **TD Bank**<br>**PO Box 5600**<br>**Lewiston, ME 04243** | **TD Bank**<br>**PO Box 5600**<br>**Lewiston, ME 04243** | **Line of Credit** | | **35,109.99** |
| **InnerWorkings (Formerly Genesys Graphics**<br>**Attn: Accounts Receivable**<br>**PO Box 30881**<br>**New York, NY 10087-0881** | **InnerWorkings (Formerly Genesys Graphics**<br>**Attn: Accounts Receivable**<br>**PO Box 30881**<br>**New York, NY 10087-0881** | | | **28,055.89** |
| **TD Bank Visa**<br>**PO Box 84037**<br>**Columbus, GA 31908** | **TD Bank Visa**<br>**PO Box 84037**<br>**Columbus, GA 31908** | | | **19,622.44** |
| **South Jersey Paper Products**<br>**2400 Industrial Way**<br>**Vineland, NJ 08360** | **South Jersey Paper Products**<br>**2400 Industrial Way**<br>**Vineland, NJ 08360** | | | **19,081.76** |
| **Capital One Visa**<br>**PO ox 30285**<br>**Salt Lake City, UT 84130** | **Capital One Visa**<br>**PO ox 30285**<br>**Salt Lake City, UT 84130** | | | **17,551.08** |
| **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | **Line of Credit** | | **17,422.73** |
| **TD Bank Visa**<br>**PO Box 84037**<br>**Columbus, GA 31908** | **TD Bank Visa**<br>**PO Box 84037**<br>**Columbus, GA 31908** | | | **16,170.66** |
| **The Sandpaper**<br>**1816 Long Beach Blvd**<br>**Surf City, NJ 08008** | **The Sandpaper**<br>**1816 Long Beach Blvd**<br>**Surf City, NJ 08008** | | | **13,985.10** |
| **TD Bank Visa**<br>**PO Box 84037**<br>**Columbus, GA 31908** | **TD Bank Visa**<br>**PO Box 84037**<br>**Columbus, GA 31908** | | | **10,539.44** |

B4 (Official Form 4) (12/07) - Cont.

In re __Joseph P. Hayes Theatre, Inc._____          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| L.Robin Macmillan<br>311 Glendola Ave<br>Beach Haven, NJ 08008 | L.Robin Macmillan<br>311 Glendola Ave<br>Beach Haven, NJ 08008 | | | 7,740.00 |
| Arctic Ice Cream<br>22 Arctic Parkway<br>Trenton, NJ 08638 | Arctic Ice Cream<br>22 Arctic Parkway<br>Trenton, NJ 08638 | | | 7,224.25 |
| Home Depot<br>PO Box 9121<br>Des Moines, IA 50368 | Home Depot<br>PO Box 9121<br>Des Moines, IA 50368 | | | 5,540.70 |
| Buckalew's Resturant<br>101 North Bay Ave<br>Beach Haven, NJ 08008 | Buckalew's Resturant<br>101 North Bay Ave<br>Beach Haven, NJ 08008 | | | 5,208.50 |
| American Express Gold Card<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express Gold Card<br>PO Box 981535<br>El Paso, TX 79998-1535 | | | 4,928.52 |
| Capital One Visa<br>PO Box 30285<br>Salt Lake City, UT 84130 | Capital One Visa<br>PO Box 30285<br>Salt Lake City, UT 84130 | | | 4,658.18 |
| Atlantic City Electric<br>P.O. Box 4875<br>Trenton, NJ 08650 | Atlantic City Electric<br>P.O. Box 4875<br>Trenton, NJ 08650 | | | 4,081.25 |
| American Express Gold Card<br>PO Box 981535<br>El Paso, TX 79998 | American Express Gold Card<br>PO Box 981535<br>El Paso, TX 79998 | | | 3,541.16 |
| New Jersey Natural Gas<br>775 Vassar Ave.<br>Lakewood, NJ 08701 | New Jersey Natural Gas<br>775 Vassar Ave.<br>Lakewood, NJ 08701 | | | 3,436.26 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the Board of Trustees of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __February 15, 2011_____          Signature  __/s/ Lance Wimmer_____

__Lance Wimmer__
__President of the Board of Trustees__

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re    **Joseph P. Hayes Theatre, Inc.**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **TD Bank** <br> **1701 Route 70 East** <br> **Cherry Hill, NJ 08034** | - | | **Property located at Engleside and Beach Avenues in Beach Haven, New Jersey** <br><br><br> Value $          **Unknown** | | | | **1,943,370.53** | **Unknown** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal <br> (Total of this page) | **1,943,370.53**     **0.00** |
| | Total <br> (Report on Summary of Schedules) | **1,943,370.53**     **0.00** |

B6E (Official Form 6E) (4/10)

In re    **Joseph P. Hayes Theatre, Inc.**                                                    Case No. _____
                                                                                  ,
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>0</u>    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Joseph P. Hayes Theatre, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Advance Data network, Inc <br>PO Box 976 <br>N. Hollywood, CA 91603-0976** | | - | | | | | | 517.92 |
| Account No. **100007004** <br><br>**AEA <br>Actor's Equity Association <br>165 West 46th Street <br>New York, NY 10036** | | - | | | | | | 910.00 |
| Account No. **3717 346974 21001** <br><br>**American Express <br>PO Box 981535 <br>El Paso, TX 79998** | | - | | Line of Credit | | | | 17,422.73 |
| Account No. **3715 547995 31006** <br><br>**American Express Gold Card <br>PO Box 981535 <br>El Paso, TX 79998-1535** | | - | | | | | | 4,928.52 |

|  | | Subtotal <br> (Total of this page) | 23,779.17 |
|---|---|---|---|
| __13__ continuation sheets attached | | | |

B6F (Official Form 6F) (12/07) - Cont.

In re     **Joseph P. Hayes Theatre, Inc.** _____,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **3715 520612 53002** <br><br>**American Express Gold Card**<br>**PO Box 981535**<br>**El Paso, TX 79998** | - | | | | | | | 3,541.16 |
| Account No. <br><br>**Anything But Costumes Inc**<br>**111 Mine St**<br>**Flemington, NJ 08822** | - | | | | | | | 71.95 |
| Account No. <br><br>**Apple Financial Services**<br>**PO Box 644207**<br>**Pittsburgh, PA 15264-4207** | - | | | | | | | 401.52 |
| Account No. <br><br>**Arctic Ice Cream**<br>**22 Arctic Parkway**<br>**Trenton, NJ 08638** | - | | | | | | | 7,224.25 |
| Account No. **500033321** <br><br>**ASCAP**<br>**21678 Network Place**<br>**Chicago, IL 60673-1216** | - | | | | | | | 30.13 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,269.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph P. Hayes Theatre, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3137 7449 9898**<br><br>**Atlantic City Electric**<br>**P.O. Box 4875**<br>**Trenton, NJ 08650** | | - | | | | | **4,081.25** |
| Account No.<br><br>**Bank Direct**<br>**P O Box 660448**<br>**Dallas, TX 75266-0448** | | - | | | | | **1,029.89** |
| Account No.<br><br>**Bank Direct**<br>**PO Box 660448**<br>**Dallas, TX 75266-0448** | | - | | | | | **1,766.48** |
| Account No.<br><br>**Buckalew's Resturant**<br>**101 North Bay Ave**<br>**Beach Haven, NJ 08008** | | - | | | | | **5,208.50** |
| Account No. **4802 1370 1316 4761**<br><br>**Capital One Visa**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | - | | | | | **4,658.18** |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **16,744.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph P. Hayes Theatre, Inc.**                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4802 1371 0223 0945**<br><br>**Capital One Visa**<br>**PO ox 30285**<br>**Salt Lake City, UT 84130** | | - | | | | | 17,551.08 |
| Account No.<br><br>**Causeway Glass Company**<br>**297 W. 8th Street**<br>**Ship Bottom, NJ 08008** | | - | | | | | 336.83 |
| Account No. **4640 1820 4726 8499**<br><br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | | | | | 684.16 |
| Account No.<br><br>**Coastal Printing**<br>**510 Central Avenue**<br>**Ship Bottom, NJ 08008** | | - | | | | | 375.56 |
| Account No.<br><br>**Conti- Ford Leasing**<br>**Route 72 East**<br>**PO Box 547**<br>**Manahawkin, NJ 08050** | | - | | | | | 1,395.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      20,342.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph P. Hayes Theatre, Inc.** _____,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Cooper Electric PO Box 8500-41095 Philadelphia, PA 19178-1905 | | - | | | | | 182.39 |
| Account No. | | | | | | | |
| Costume Collection 601 W. 26th Street 3rd Floor Suite 325 New York, NY 10001 | | - | | | | | 754.00 |
| Account No. | | | | | | | |
| Customer BAse Flag Emporium 20089 Broadway P O Box 1241 Sonoma, CA 95476 | | - | | | | | 255.00 |
| Account No. | | | | | | | |
| Extel Communications 830 Belmont Avenue North Haledon, NJ 07508 | | - | | | | | 75.00 |
| Account No. | | | | | | | |
| FedEx PO Box 371461 Pittsburgh, PA 15250-7461 | | - | | | | | 165.83 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,432.22**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph P. Hayes Theatre, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035 3225 0299 0587** <br><br> **Home Depot** <br> **PO Box 9121** <br> **Des Moines, IA 50368** | | - | | | | | 5,540.70 |
| Account No. **5588 8000 0639 4516** <br><br> **Home Depot Rewards** <br> **PO Box 689147** <br> **Des Moines, IA 50368** | | - | | | | | 2,604.97 |
| Account No. <br><br> **Hometown Dairy** <br> **PO Box 337** <br> **Beachwood, NJ 08722** | | - | | | | | 1,273.49 |
| Account No. **553241867** <br><br> **Horizon Blue Cross** <br> **P.O. Box 1738** <br> **Newark, NJ 07101-1738** | | - | | | | | 2,560.84 |
| Account No. <br><br> **InnerWorkings (Formerly Genesys Graphics** <br> **Attn: Accounts Receivable** <br> **PO Box 30881** <br> **New York, NY 10087-0881** | | - | | | | | 28,055.89 |

| Sheet no. _**5**_ of _**13**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 40,035.89 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph P. Hayes Theatre, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Joseph H Roberts, Inc** **712-3 Old Shore Rd** **Forked River, NJ 08731** | - | | | | | | 2,555.72 |
| Account No. **Kynett United Methodist Church** **127 Centre St** **Beach Haven, NJ 08008** | - | | | | | | 1,500.00 |
| Account No. **L.Robin Macmillan** **311 Glendola Ave** **Beach Haven, NJ 08008** | - | | | | | | 7,740.00 |
| Account No. **McMaster- Carr** **PO Box 7690** **Chicago, IL 60680** | - | | | | | | 486.01 |
| Account No. **MetTel** **PO Box 9660** **Manchester, NH 03108-9660** | - | | | | | | 288.02 |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,569.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph P. Hayes Theatre, Inc.** _____,   Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Montanha Mechanical** <br>**101 Atlantis Ave** <br>**Manahawkin, NJ 08050** | - | | | | | | 120.00 |
| Account No. <br><br>**Murphy's** <br>**Corporate Office** <br>**381 Medford Lakes Rd** <br>**Tabernacle, NJ 08088** | - | | | | | | 1,158.22 |
| Account No. <br><br>**Music Theater International** <br>**421 West 54th Street** <br>**New York, NY 10019** | - | | | | | | 623.78 |
| Account No. **07-4906-4300-64** <br><br>**New Jersey Natural Gas** <br>**775 Vassar Ave.** <br>**Lakewood, NJ 08701** | - | | | | | | 3,436.26 |
| Account No. <br><br>**Nissan Motor Acceptance Corporation** <br>**P O Box 17123** <br>**Baltimore, MD 21297-1123** | - | | | | | | 250.00 |

Sheet no. __7__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,588.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph P. Hayes Theatre, Inc.**                                     ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NJ Logo Wear LLC** 100 McKinley Ave Suite 6 Manahawkin, NJ 08050 | - | | | | | | 1,223.52 |
| Account No. **Oxygen Supply** 547 Hardwood Dr Lanoka Harbor, NJ 08734 | - | | | | | | 70.00 |
| Account No. **Phil Hart, Electrical Contractor's, Inc.** 50 West Bay Ave Manahwkin, NJ 08050 | - | | | | | | 932.45 |
| Account No. **Philadelphia Ins Comp** PO Box 70251 Philadelphia, PA 19176-0251 | - | | | | | | 2,041.58 |
| Account No. **Production Advantage, Inc** PO Box 1700 Williston, VT 05495-1700 | - | | | | | | 2,614.67 |

Sheet no. __8__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,882.22**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph P. Hayes Theatre, Inc.**                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Production Resource Group LLC** **c/o PRG Lighting New Jersey** **P O Box 32236** **Hartford, CT 06150-2236** | - | | | | | | | 37.45 |
| Account No. | | | | | | | | |
| **Quality Tire & Muffler** **PO Box 605** **Manahawkin, NJ 08050** | - | | | | | | | 191.39 |
| Account No. | | | | | | | | |
| **SFM Risk Soutions** **Contract Administrato MN ARP** **PO Box 9403** **Minneapolis, MN 55440-9403** | - | | | | | | | 1,348.00 |
| Account No. | | | | Class B Bonds | | | | |
| **Show Place, Inc.** **c/o Scott Henderson** **447 Mayfair Drive** **Poinciana, FL 34759** | - | | | | | | | 1,500,000.00 |
| Account No. | | | | | | | | |
| **SOCCC** **265 West 9th Street** **Ship Bottom, NJ 08008** | - | | | | | | | 1,250.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **1,502,826.84**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph P. Hayes Theatre, Inc.** _____ ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**South Jersey Cultural Alliance**<br>**6 W Glendale Ave**<br>**Pleasantville, NJ 08232-3544** | - | | | | | | 675.00 |
| Account No.<br><br>**South Jersey Paper Products**<br>**2400 Industrial Way**<br>**Vineland, NJ 08360** | - | | | | | | 19,081.76 |
| Account No. **00 5175408 8**<br><br>**Sovereign Bank**<br>**PO Box 12707**<br>**Reading, PA 19612** | - | | Line of Credit | | | | 74,900.00 |
| Account No. **6035 5178 5026 6338**<br><br>**Staples Credit Plan**<br>**PO box 689020**<br>**Des Moines, IA 50368** | - | | | | | | 1,275.46 |
| Account No.<br><br>**State of NJ Dept. of Labor**<br>**Division of Wage and Hour**<br>**Compliance**<br>**P O Box 389**<br>**Trenton, NJ 08625-0389** | - | | interest payment | | | | 36.97 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **95,969.19**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph P. Hayes Theatre, Inc.**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Stein's Food Service** <br>**6 East Pleasant Ave** <br>**Pleasantville, NJ 08232** | - | | | | | | 1,334.17 |
| Account No. **5217** <br><br>**Tams-Witmark Music Library, Inc.** <br>**560 Lexington Avenue** <br>**New York, NY 10022** | - | | | | | | 272.50 |
| Account No. **004 001 1847342 9001** <br><br>**TD Bank** <br>**PO Box 5600** <br>**Lewiston, ME 04243** | - | | Line of Credit | | | | 35,109.99 |
| Account No. **4246 9885 8003 5378** <br><br>**TD Bank Visa** <br>**PO Box 84037** <br>**Columbus, GA 31908** | - | | | | | | 10,539.44 |
| Account No. **4246 9885 8005 0815** <br><br>**TD Bank Visa** <br>**PO Box 84037** <br>**Columbus, GA 31908** | - | | | | | | 16,170.66 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,426.76

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph P. Hayes Theatre, Inc.**                           ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4246 9885 8005 2902** <br><br>**TD Bank Visa** <br>**PO Box 84037** <br>**Columbus, GA 31908** | - | | | | | | **19,622.44** |
| Account No. <br><br>**The Press of Atlantic City** <br>**Cashier's Office** <br>**1000 W. Washington Ave.** <br>**Pleaseantville, NJ 08232-3806** | - | | | | | | **1,198.60** |
| Account No. <br><br>**The Sandpaper** <br>**1816 Long Beach Blvd** <br>**Surf City, NJ 08008** | - | | | | | | **13,985.10** |
| Account No. <br><br>**Tomasella's Fire Protection Inc** <br>**1100 N Egg Harbor Rd** <br>**Hammonton, NJ 08037** | - | | | | | | **232.00** |
| Account No. <br><br>**Toms River-OC Chamber of Commerce** <br>**1200 Hooper Ave** <br>**Toms River, NJ 08753** | - | | | | | | **265.00** |

Sheet no. __**12**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,303.14**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph P. Hayes Theatre, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Western Pest Services, Inc**<br>**177 Route 37 West**<br>**Toms River, NJ 08755-8046** | | - | | | | | 356.00 |
| Account No. **80247133**<br><br>**Xerox**<br>**PO Box 827181**<br>**Philadelphia, PA 19182-7181** | | - | | | | | 2,330.88 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,686.88 |
| | Total (Report on Summary of Schedules) | 1,838,856.26 |

B6G (Official Form 6G) (12/07)

In re    **Joseph P. Hayes Theatre, Inc.** _____ ,    Case No. _____

                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Bank Direct Capital Finance**<br>**Two Conway Park**<br>**150 North Field Dr.**<br>**Suite 190**<br>**Lake Forest, IL 60045** | **Liability Insurance Financing Agreement**<br>**$984.89/month 10 payments** |
| **Bicoastal Productions**<br>**247 W 38th Street**<br>**Suite 410**<br>**New York, NY 10019** | **Chubby Checker & the Wildcats Sunday 6/20 2**<br>**shows $25,000** |
| **Equity League Trust Fund**<br>**Actor's Equity Association**<br>**PO Box 11533**<br>**New York, NY 10286-1533** | **Health and Pension payments** |
| **John Bow**<br>**300 South 2nd Street, Apt 2**<br>**Surf City, NJ 08008** | **Show royalties - $50 per performance of select**<br>**shows** |
| **Musical Theatre International**<br>**421 W 5th Street**<br>**New York, NY 10019** | **Rights to Rent 7/5-7/24 $7500**<br>**Guarantee/Rental/Security $2000 against 11%**<br>**Weekly Gross Box Office Receipts** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Joseph P. Hayes Theatre, Inc.**                                          ,        Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    **Joseph P. Hayes Theatre, Inc.**                          Case No. _____

                                   Debtor(s)                  Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the Board of Trustees of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**25**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 15, 2011**                         Signature     **/s/ Lance Wimmer** _____

                                                   **Lance Wimmer**

                                                   **President of the Board of Trustees**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

# United States Bankruptcy Court
### District of New Jersey

In re   **Joseph P. Hayes Theatre, Inc.** _____,   Case No. _____

                                                   Debtor                          Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|

    **None**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the Board of Trustees of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**February 15, 2011**_____      Signature _**/s/ Lance Wimmer**_____

                                                                  **Lance Wimmer**
                                                                  **President of the Board of Trustees**

      _Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Jersey

In re   **Joseph P. Hayes Theatre, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the Board of Trustees of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 15, 2011**

**/s/ Lance Wimmer**

**Lance Wimmer/President of the Board of Trustees**
Signer/Title

Attorney General's Office
NJ Attorney General-Division of Law
Richard J. Hughes Justice Complex
25 Market Street, PO Box 112
Trenton, NJ 08625-0112


Internal Revenue Service
57 Haddonfield Road
Cherry Hill, NJ 08002


Advance Data network, Inc
PO Box 976
N. Hollywood, CA 91603-0976


AEA
Actor's Equity Association
165 West 46th Street
New York, NY 10036


American Express
PO Box 981535
El Paso, TX 79998


American Express Gold Card
PO Box 981535
El Paso, TX 79998-1535


Anything But Costumes Inc
111 Mine St
Flemington, NJ 08822


Apple Financial Services
PO Box 644207
Pittsburgh, PA 15264-4207


Arctic Ice Cream
22 Arctic Parkway
Trenton, NJ 08638


ASCAP
21678 Network Place
Chicago, IL 60673-1216

Atlantic City Electric
P.O. Box 4875
Trenton, NJ 08650


Bank Direct
P O Box 660448
Dallas, TX 75266-0448


Bank Direct Capital Finance
Two Conway Park
150 North Field Dr.
Suite 190
Lake Forest, IL 60045


Bicoastal Productions
247 W 38th Street
Suite 410
New York, NY 10019


Buckalew's Resturant
101 North Bay Ave
Beach Haven, NJ 08008


Capital One Visa
PO Box 30285
Salt Lake City, UT 84130


Causeway Glass Company
297 W. 8th Street
Ship Bottom, NJ 08008


Chase
PO Box 15298
Wilmington, DE 19850


Coastal Printing
510 Central Avenue
Ship Bottom, NJ 08008


Conti- Ford Leasing
Route 72 East
PO Box 547
Manahawkin, NJ 08050

Cooper Electric
PO Box 8500-41095
Philadelphia, PA 19178-1905


Costume Collection
601 W. 26th Street 3rd Floor
Suite 325
New York, NY 10001


Customer BAse Flag Emporium
20089 Broadway
P O Box 1241
Sonoma, CA 95476


Equity League Trust Fund
Actor's Equity Association
PO Box 11533
New York, NY 10286-1533


Extel Communications
830 Belmont Avenue
North Haledon, NJ 07508


FedEx
PO Box 371461
Pittsburgh, PA 15250-7461


Home Depot
PO Box 9121
Des Moines, IA 50368


Home Depot Rewards
PO Box 689147
Des Moines, IA 50368


Hometown Dairy
PO Box 337
Beachwood, NJ 08722


Horizon Blue Cross
P.O. Box 1738
Newark, NJ 07101-1738

InnerWorkings (Formerly Genesys Graphics
Attn: Accounts Receivable
PO Box 30881
New York, NY 10087-0881


John Bow
300 South 2nd Street, Apt 2
Surf City, NJ 08008


Joseph H Roberts, Inc
712-3 Old Shore Rd
Forked River, NJ 08731


Kynett United Methodist Church
127 Centre St
Beach Haven, NJ 08008


L.Robin Macmillan
311 Glendola Ave
Beach Haven, NJ 08008


McMaster- Carr
PO Box 7690
Chicago, IL 60680


MetTel
PO Box 9660
Manchester, NH 03108-9660


Montanha Mechanical
101 Atlantis Ave
Manahawkin, NJ 08050


Murphy's
Corporate Office
381 Medford Lakes Rd
Tabernacle, NJ 08088


Music Theater International
421 West 54th Street
New York, NY 10019


Musical Theatre International
421 W 5th Street
New York, NY 10019

New Jersey Natural Gas
775 Vassar Ave.
Lakewood, NJ 08701


Nissan Motor Acceptance Corporation
P O Box 17123
Baltimore, MD 21297-1123


NJ Logo Wear LLC
100 McKinley Ave Suite 6
Manahawkin, NJ 08050


Oxygen Supply
547 Hardwood Dr
Lanoka Harbor, NJ 08734


Patric McAuley
Connell Foley LLP
85 Livingston Ave
Roseland, NJ 07608


Phil Hart, Electrical Contractor's, Inc.
50 West Bay Ave
Manahwkin, NJ 08050


Philadelphia Ins Comp
PO Box 70251
Philadelphia, PA 19176-0251


Production Advantage, Inc
PO Box 1700
Williston, VT 05495-1700


Production Resource Group LLC
c/o PRG Lighting New Jersey
P O Box 32236
Hartford, CT 06150-2236


Quality Tire & Muffler
PO Box 605
Manahawkin, NJ 08050

SFM Risk Soutions
Contract Administrato MN ARP
PO Box 9403
Minneapolis, MN 55440-9403


Show Place, Inc.
c/o Scott Henderson
447 Mayfair Drive
Poinciana, FL 34759


SOCCC
265 West 9th Street
Ship Bottom, NJ 08008


South Jersey Cultural Alliance
6 W Glendale Ave
Pleasantville, NJ 08232-3544


South Jersey Paper Products
2400 Industrial Way
Vineland, NJ 08360


Sovereign Bank
PO Box 12707
Reading, PA 19612


Staples Credit Plan
PO box 689020
Des Moines, IA 50368


State of NJ Dept. of Labor
Division of Wage and Hour Compliance
P O Box 389
Trenton, NJ 08625-0389


Stein's Food Service
6 East Pleasant Ave
Pleasantville, NJ 08232


Tams-Witmark Music Library, Inc.
560 Lexington Avenue
New York, NY 10022

```
TD Bank
1701 Route 70 East
Cherry Hill, NJ 08034


TD Bank
PO Box 5600
Lewiston, ME 04243


TD Bank Visa
PO Box 84037
Columbus, GA 31908


The Press of Atlantic City
Cashier's Office
1000 W. Washington Ave.
Pleaseantville, NJ 08232-3806


The Sandpaper
1816 Long Beach Blvd
Surf City, NJ 08008


Timothy P. Duggan, Esq.
Stark & Stark
993 Lenox Drive
Lawrence Township, NJ 08648


Tomasella's Fire Protection Inc
1100 N Egg Harbor Rd
Hammonton, NJ 08037


Toms River-OC Chamber of Commerce
1200 Hooper Ave
Toms River, NJ 08753


Western Pest Services, Inc
177 Route 37 West
Toms River, NJ 08755-8046


Xerox
PO Box 827181
Philadelphia, PA 19182-7181
```

# United States Bankruptcy Court
### District of New Jersey

In re    **Joseph P. Hayes Theatre, Inc.**

                                Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Joseph P. Hayes Theatre, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 15, 2011**

Date

**/s/ Jerrold N. Poslusny, Jr.**

**Jerrold N. Poslusny, Jr.**

Signature of Attorney or Litigant

Counsel for   **Joseph P. Hayes Theatre, Inc.**

**Cozen O'Connor, a Pennsylvania Professional Corporation**

**LibertyView, Suite 300**
**457 Haddonfield Road**
**Cherry Hill, NJ 08002**
**(856) 910-5000**